**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES FISHER,

        Plaintiff,

vs.                            Case No.  3:10-cv-504-J-34MCR

IN THE INTEREST OF JOSHUA
MCCOLLUM,

        Defendant.
_____/

**ORDER**[1]

      **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 10;

Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge,

on July 30, 2010.  In the Report, Magistrate Judge Richardson recommends that the

Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> (Dkt. No. 2) be denied, and the Amended

Complaint (Dkt. No. 9) be dismissed without prejudice as it is frivolous.  <u>See</u> Report at 2.

Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

      The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  "When no timely

objection is filed, the court need only satisfy itself that there is no clear error on the face of

the record in order to accept the recommendation."  Rule 72(b), Federal Rules of Civil

Procedure (Rule(s)), advisory committee's note (1983); <u>see also</u> <u>Macort v. Prem, Inc.</u>, 208

Fed. Appx. 781, 784-85 (11th Cir. 2006) (per curiam).  Therefore, if no specific objections

---

       [1]     This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the issues addressed herein and is not intended for official publication or to serve as precedent.

to findings of facts are filed, the district court is not required to conduct a <u>de novo</u> review of those findings. <u>See</u> <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, the district court must review the legal conclusions in the report <u>de novo</u>. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); <u>see also</u> 28 U.S.C. § 636(b)(1).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1.     The Magistrate Judge's Report and Recommendation (Dkt. No. 10) is **ADOPTED** as the opinion of the Court.

2.     Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> (Dkt. No. 2) is **DENIED**.

3.     This case is **DISMISSED WITHOUT PREJUDICE**.

4.     The Clerk of the Court is directed to enter judgment dismissing the case without prejudice, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of August, 2010.

**MARCIA MORALES HOWARD**
United States District Judge

ja
Copies to:
Counsel of Record
<u>Pro</u> <u>Se</u> Plaintiff